UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:24-CR-064-PPS-JEM |
| ) | |
| GLORIA WHITE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to Defendant Gloria White's agreement to enter a plea of guilty to the Information [DE 1], pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 2.] Following a hearing on the record on August 7, 2024 [DE 7], Judge Martin found that White understands the charges, her rights, and the maximum penalties; that White is competent to plead guilty; that there is a factual basis for her plea; and that White knowingly and voluntarily entered into her agreement to enter a plea of guilty. Judge Martin recommends that the Court accept White's plea of guilty and proceed to impose sentence. The parties have waived any objection to Judge Martin's findings and recommendation.

**ACCORDINGLY:**

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Gloria White's plea of guilty, to which both parties have waived

any objection, the Court hereby **ADOPTS** the findings and recommendation [DE 7] in their entirety.

Defendant Gloria White is adjudged guilty of Count I and Count II of the Information, charging her with wire fraud, in violation of 18 U.S.C. § 1343.

The sentencing hearing is **SET** for **December 6, 2024 at 10:00 a.m. Hammond / Central Time**, before the undersigned.

**SO ORDERED**.

ENTERED: August 21, 2024.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT